# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vratil, Kathryn H. | District of Kansas | 05/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
500 State Avenue
Suite 529
Kansas City, Kansas 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory Law School | Jan. 17-19, 2018 | Atlanta, GA | NextGen Diversity Conference | Transportation, lodging, and meals |
| 2. | DRI | Jan. 31-Feb. 2, 2018 | Miami, FL | Women in the Law Seminar | Transportation, lodging, and meals |
| 3. | NYU Law School | Mar. 29-31, 2018 | New York, NY | Federal Court Jury Innovations Project | Transportation, lodging, and meals |
| 4. | Duke Law School | June 20-22, 2018 | Denver, CO | Diversity Conference | Transportation, lodging, and meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Firstmark/Citibank | Student Loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Fidelity Government Cash Reserves (FDRXX) (Y) | | | | | | | | | |
| 3. Othologic Corp (Y) | | | | | | | | | |
| 4. California Amplifier (Y) | | | | | | | | | |
| 5. Fidelity 500 Index Premium Class (FUSVX) | B | Dividend | | | Sold | 11/02/18 | K | | |
| 6. Fidelity 500 Index Institutional Prem (FXAIX) | | None | K | T | Buy | 11/02/18 | K | | |
| 7. Matthews Asia Dividend Fund (MAPIX) | B | Dividend | K | T | | | | | |
| 8. Technology Select Sector SPDR a/k/a Sector (XLK) | A | Dividend | J | T | Sold (part) | 05/01/18 | J | | |
| 9. IRA #2 (H) | | | | | | | | | |
| 10. Fidelity Government Cash Reserves (FDRXX) (Y) | | | | | | | | | |
| 11. American New World Fund Cl F2 (NFFFX) | A | Dividend | J | T | | | | | |
| 12. Trust Account #1 (H) | | | | | | | | | |
| 13. Schwab Cash Reserves Sweep Shares (cash) | A | Interest | K | T | | | | | |
| 14. IRA #3 (H) | | | | | | | | | |
| 15. Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 16. Fidelity Advisor Small Cap Growth Cl Z (FIDGX) | C | Dividend | K | T | | | | | |
| 17. Fidelity Select Technology (FSPTX) | C | Dividend | J | T | Buy | 02/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Select Materials Portfolio (FSDPX) | B | Dividend | K | T | | | | | |
| 19. Fidelity Select Defense & Aerospace (FSDAX) | B | Dividend | J | T | Buy | 02/08/18 | J | | |
| 20. American Euro Pacific Growth Fund Cl F2 (AEPFX) | C | Dividend | K | T | | | | | |
| 21. Vanguard Tax Managed Bal PRTF Adm (VTMFX) | B | Dividend | L | T | Buy (add'l) | 02/02/18 | J | | |
| 22. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 23. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 24. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 25. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 26. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 27. Vanguard GL Minimum Volatility Investor (VMVFX) | D | Dividend | L | T | Buy (add'l) | 09/25/18 | J | | |
| 28. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 29. Fidelity Momentum Factor ETF (FDMO) | A | Dividend | L | T | | | | | |
| 30. Fidelity Dividend ETF for Rising Rates (FDRR) | B | Dividend | L | T | | | | | |
| 31. IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | | | | | |
| 32. Vanguard Index FDS Vanguard REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 33. Brevard Cnty FLA Health Facs (10741LBX3) | A | Dividend | J | T | | | | | |
| 34. Arizona St Transn Brd Grant Antic Nts (040647DN6) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Miami-Dade Cnty Fla Health Facs Auth (59334NEA6) | A | Interest | K | T | | | | | |
| 36. Mississippi Dev Bk Spl Oblig Walnut Grove Youth Corr (60534WCG1) | A | Interest | K | T | | | | | |
| 37. Washington St Health Care Facs Auth Rev (93978HBN4) | B | Interest | K | T | | | | | |
| 38. Middlesex Cnty NJ CTFS PARTN REF COPS Civic Square II (596562HD3) | A | Interest | K | T | | | | | |
| 39. Kentucky St Tpk Auth Economic Dev Rd (491552WD3) | A | Interest | J | T | | | | | |
| 40. University Tex Univ Revs Rev Ref Bds (91514AHT5) | A | Interest | J | T | Buy | 02/01/18 | J | | |
| 41. University Alaska Univ Revs Gen Rev Bds (914046ZC4) | A | Interest | J | T | | | | | |
| 42. Kentucky St PPPY & BLDGS Commn (49151FCB4) | A | Interest | J | T | | | | | |
| 43. Houston Tex Cmnty College Rev (442368LL8) | A | Interest | J | T | | | | | |
| 44. University Tex Univ Revs Rev Ref Bds (91514AHX6) | A | Interest | J | T | Buy | 02/01/18 | J | | |
| 45. University Tex Univ Revs Rev Ref Bds (9151376V0) | A | Interest | | | Sold | 02/01/18 | K | | |
| 46. Washington Fed Hwy Grnt (938823AU5) | A | Interest | K | T | | | | | |
| 47. Wyandotte ETC K 4.125% (982674FT5 | A | Interest | J | T | | | | | |
| 48. Perry TWP Multi Sch Bldg Corp (715029FZ2) | A | Interest | J | T | | | | | |
| 49. District Columbia Income Tax Rev (25477GKB0) | A | Interest | K | T | Buy | 01/08/18 | K | | |
| 50. District Columbia Rev Deed Tax Rev Bds (25483VLH5) | A | Interest | J | T | | | | | |
| 51. Corpus Christi Tex Util Sys Rev (220245UC6) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. King Cty Wash School Dist No 400 Mercer (495026RT5) | A | Interest | J | T | | | | | |
| 53. Hanover Ind Middle Sch Bldg Corp Ref | | None | J | T | Buy | 11/09/18 | J | | |
| 54. Olathe KS 4% 29 DB (679384CL9) | A | Interest | J | T | | | | | |
| 55. Wyandotte ETC KS 4.75% (982674GA5) | A | Interest | J | T | | | | | |
| 56. Trust Account #2 (H) | | | | | | | | | |
| 57. Commerce Bank (cash) | A | Interest | J | T | | | | | |
| 58. Trust Account #3 (H) | | | | | | | | | |
| 59. Bank of America (cash) | A | Interest | | | Closed | 06/12/18 | J | | |
| 60. Mainstreet Credit Union | A | Dividend | J | T | Open | 06/13/18 | J | | |
| 61. Series E Savings Bonds | B | Interest | J | T | | | | | |
| 62. Trust Account #4 (H) | | | | | | | | | |
| 63. Fidelity Government Cash Reserves (FDRXX) (was Fidelity Cash Account) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 05/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All reportable trust assets are included in Part VII.

Part VII: This report reflects the movement of various holdings between accounts and renaming of some accounts and trusts. These changes are not indicative of reportable transactions.

Part VII, lines 8, 15, and 38: Minor name changes are not indicative of a change in holdings.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Vratil, Kathryn H. | 05/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathryn H. Vratil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544